```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE

JUDITH JOHNSON and LOUIS        :
JOHNSON,                        :
                                :
          Plaintiffs,           :
                                :
     v.                         : Civil Action No. 08-593-JJF
                                :
ROBERT A. PORTZ, M.D., and      :
THOMAS CATHCART, P.A. and       :
ALI DELBAKHSH, M.D. and BEEBE   :
MEDICAL CENTER, SUSSEX          :
EMERGENCY ASSOCIATES, L.L.C,    :
and CARDIOLOGY CONSULTANTS,     :
P.A.,                           :
                                :
          Defendants.           :
```

## MEMORANDUM ORDER

Pending before the Court is the Motion To Determine If

The Affidavit Of Merit Complies With Sections (a)(1) and (c)of

Title 18 §6853 (D.I. 23) filed by Defendants Delbakhsh and

Cardiology Consultants.

The Court has conducted an In Camera review of the

relevant Affidavit of Merit (including the curriculum vitae) of

the Affiant and determined that the Affidavit complies with the

requirements of 18 Del.C. §6853.

December  /7, 2008
DATE

UNITED STATES DISTRICT JUDGE