IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUDITH JOHNSON and LOUIS JOHNSON, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 08-593-JJF |
| ROBERT A. PORTZ, M.D., and THOMAS CATHCART, P.A. and ALI DELBAKHSH, M.D. and BEEBE MEDICAL CENTER, SUSSEX EMERGENCY ASSOCIATES, L.L.C, and CARDIOLOGY CONSULTANTS, P.A., | : |
| Defendants. | : |

### MEMORANDUM ORDER

Pending before the Court is the Motion For Review Of The Affidavit of Merit (D.I. 20) filed by Defendants Portz and Cathcart pursuant to 18 Del.C. §6853(a)(a) and (c).

The Court has conducted an In Camera review of the relevant Affidavit of Merit (including the curriculum vitae) of the Affiant and determined that the Affidavit complies with the requirements of 18 Del.C. §6853.

December 17, 2008
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE